IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02333-RPM

L. C. BANKS, JR.,

    Plaintiff,

v.

JERALD BRESCO and
LEAVITTS FREIGHT SERVICE, INC.,

    Defendants.

---

ORDER FOR DISMISSAL

---

Pursuant to the Stipulation to Dismiss with Prejudice [8] filed December 22, 2010, it is

ORDERED that this action is dismissed with prejudice, each party to pay their own costs and attorney's fees.

Dated:   December 23rd, 2010

    BY THE COURT:

    s/Richard P. Matsch
    _____
    Richard P. Matsch, Senior District Judge